IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JONATHAN CAGLE, ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | CIVIL ACT. NO. 3:14cv04-CSC |
| ) | (WO) |
| JILL RUBLEY, *et al.*, ) |  |
| ) |  |
| Defendants. ) |  |

**ORDER**

Before the court is the Defendants' motion to dismiss and motion for more definite statement (Doc. 13). For good cause, and for the reasons stated in open court on May 12, 2014, during oral argument on the motion, it is

**ORDERED** that the Defendants' motion to dismiss (Doc. 13) be and is hereby **GRANTED IN PART** in that

1.  the Plaintiff's claim alleging a violation of the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g, be and is hereby **DISMISSED** with prejudice; and

2.  Defendants Auburn University and Auburn University Harrison School of Pharmacy be and are hereby **DISMISSED** on grounds of sovereign immunity. *Edwards v. Wallace Cmty. Coll.*, 49 F.3d 1517, 1524 (11th Cir. 1995); *Harden v. Adams*, 760 F.2d 1158, 1163-64 (11th Cir. 1985); *Rigby v. Auburn Univ.*, 448 So. 2d 345, 347 (Ala. 1984). Further, it is

**ORDERED** that, in all other respects, the Defendants' motion to dismiss (Doc. 13)

be and is hereby **DENIED**.  Further, it is

    **ORDERED** that the Defendants' motion for more definite statement (Doc. 13) be and is hereby **GRANTED**.  Further, it is

    **ORDERED** that, on or before **May 26, 2014**, the Plaintiff shall file an amended complaint that complies with the Federal Rules of Civil Procedure.

    Done this 12th day of May, 2014.


                    /s/Charles S. Coody
                CHARLES S. COODY
                UNITED STATES MAGISTRATE JUDGE